IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RAYMOND DEPERRY,

    Plaintiff,

v.

LAWRENCE DERAGON, MICHAEL BABINEAU, JEAN DEFOE, MARK DUFFY, DESIREE LIVINGSTON, JEFFREY BENTON, and VERONICA WILCOX,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-123-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants granting their motion to dismiss and dismissing this case with prejudice.

_____    7/18/13
Peter Oppeneer, Clerk of Court        Date